**Order entered June 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00027-CV

### LAZARUS IROH, ET AL., Appellants

### V.

### EMMANUEL IGWE, Appellee/Cross-Appellant

### V.

### OBOWU FOUNDATION DALLAS, INC. AND OBOWU UNION DFW, Cross-Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-07596-D**

## ORDER

The Court has before it cross-appellees' May 28, 2013 motion to strike Emmanuel Igwe's "putative appeal and cross brief." The Court **DENIES** the motion. The Court also has before it cross-appellees' and appellants' May 29, 2013 motion for continuance and/or for extension of time to respond and/or to reply to Emmanuel Igwe's briefs. The Court **GRANTS** the motion in part and orders that cross-appellees' brief and any reply brief by appellants be filed within thirty days of the date of this order.


/s/     ELIZABETH LANG-MIERS
         JUSTICE